Laurence F. Padway (SBN 083914)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:  (510) 814-6100
Facsimile:   (510) 814-0650

Attorneys for Plaintiff,
Bud Minton


SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
MICHELLE Y. MCISAAC Bar No. 215294
rebecca.hull@sdma.com
michelle.mcisaac@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Deloitte and Touche USA LLP Plan,
and Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUD MINTON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DELOITTE AND TOUCHE USA LLP PLAN,<br><br>　　　　Defendant,<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Real Party in Interest. | CASE NO. C09-05636 CW<br><br>STIPULATION AND ORDER TO EXTEND DEADLINES FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT |

　　　　Whereas, dispositive motions are scheduled to be heard on September 23, 2010;  and

1 | Whereas, mediation is scheduled to take place on August 26, 2010;

3 | Now, therefore, the parties stipulate to the following briefing schedule and hearing date:

5 | Plaintiff's opening brief due                                October 21 1010
6 | Defendants' opposition and cross motion due:                 November 4, 2010
7 | Plaintiff's reply and opposition to cross motion due:        November 18, 2010
8 | Defendants' reply due:                                       December 2, 2010
9 | Hearing date:                                                December 16, 2010

11 | IT IS SO STIPULATED.

DATED: August 5, 2010                    /s/ Laurence F. Padway
                                         _____
                                         Laurence F. Padway
                                         Law Offices of Laurence F. Padway
                                         Attorneys for plaintiff

DATED: August 5, 2010
                                         _____
                                         Rebecca A. Hull
                                         Michelle Y. McIsaac
                                         Sedgwick, Detert, Moran & Arnold LLP
                                         Attorneys for Deloitte and Touche USA LLP
                                         Plan, and Metropolitan Life Insurance
                                         Company

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/12/2010                         _____
                                         Hon. Claudia Wilken
                                         United States District Court Judge

2